UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

**DOCKET NO. 3:06cr429**

V.　　　　　　　　　　　　　　　　　ORDER

**MCKINZA MARKECE FEASTER**

___

This **MATTER** is before the court upon Government's motion to continue this matter from July 29, 2014 August 13, 2014.

**IT IS THEREFORE ORDERED** that this sentencing be scheduled for August 13, 2014.

The Clerk is directed to certify copies of this order to Defendant, Counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　Signed: June 17, 2014

　　　　　　　　　　　　　　　　　Frank D. Whitney
　　　　　　　　　　　　　　　　　Chief United States District Judge