|          |                                                                 |
|---------:|:----------------------------------------------------------------|
| **To:**  | The Honorable Frank D. Whitney<br>Chief U.S. District Court Judge |
| **From:**| Michael M. Bonelli<br>Senior U.S. Probation Officer             |
| **Subject:** | **McKinza Markece Feaster**<br>Case Number: 0419 3:06CR00429- 001<br>**REQUEST TO DESTROY SEIZED PROPERTY** |
| **Date:**| 12/8/2015                                                       |



NORTH CAROLINA WESTERN
MEMORANDUM

On 06/18/2008, the defendant was sentenced pursuant to a conviction for Possession of a Firearm by a Felon, 18 U.S.C. 922(g). He was ordered to serve 78-month term of imprisonment to run consecutively with any State or Federal terms of imprisonment imposed. Upon release, the defendant was ordered to serve a three-year term of supervised release.

The defendant's term of supervised release commenced on 12/05/2013. The following property was seized from the defendant during his supervision term: 1) Ammunition (pill bottle containing 8 rounds of Remington, 2) Pills (large Ziploc bag containing unknown pills, 3) Marijuana, and 4) Misc. Letters. His term of supervised release was revoked on 08/13/2014, and he was ordered to serve an 8-month term of imprisonment to be followed by 28-month term of supervised release. It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7644, should you have any questions.

THE COURT ORDERS:

☒ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: December 7, 2015

*Frank D. Whitney*
Frank D. Whitney
Chief United States District Judge